IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRUCE GREGORY HARRISON, III,   )
                               )
          Petitioner,          )
                               )
     v.                        )          1:10CR411-1
                               )          1:15CV1101
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 20, 2019, was served on the parties in this action. (Docs. 164, 165.)  Petitioner objected to the Recommendation. (Doc. 166.)

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's motion pursuant to 28 U.S.C. § 2255 (Doc. 150) is DENIED.  A judgment dismissing this action will be entered contemporaneously with this Order.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a

debatable procedural ruling, a certificate of appealability is DENIED.

                                                           /s/    Thomas D. Schroeder
                                                   United States District Judge

March 25, 2019