BRUCE GREGORY HARRISON, III
REG. NO. 27619-057
FCI LORETTO
FEDERAL CORR. INSTITUTION
P.O. BOX 1000
CRESSON, PA 16630

March 9, 2021

Mr. John S. Brubaker
Clerk of Court
U.S. District Court
Middle District of North Carolina
324 West Market Street, Suite 1
Greensboro, NC 27401

RE:  *Harrison v. United States*
Crim No.  1:10-cr-00411-TDS-1

Dear Mr. Harriosn:

Enclosed please find and accept for timely filing Petitioner's Notice of Appeal of the Order denying his Motion for Compassionate Release, and an Application To Proceed in District Court Without Prepaying Fees or Cost will be forthcoming. It is essential to note that Harrison was never given notice of the Order denying his Compassionate Release from the Court. He only learned of the denial on March 5, 2021, from an out of prison source. As such, his Notice of Appeal should be deemed timely.  Please submit this notice to the Court and inform the Court why the Notice of Appeal was not filed within fourteen (14) days from the entry of the Order.

Thank you for your assistance in this matter.

Sincerely,

BRUCE GREGØRY HARRISON, III
Appearing *Pro Se*

*Encl. as noted*