FILED: March 16, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6377
(1:10-cr-00411-TDS-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

BRUCE GREGORY HARRISON, III

   Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:10-cr-00411-TDS-1 |
| Date notice of appeal filed in originating court: | 03/15/2021 |
| Appellant(s) | Bruce Gregory Harrison, III |
| Appellate Case Number | 21-6377 |
| Case Manager | Michael Radday<br>804-916-2702 |